**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JUANITA M. CRUMP-DONAHUE**                                                           **PLAINTIFF**

**VS.**                                            **NO.4:05CV00708 WRW**

**UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.**                                                                        **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of November, 2005.

                                              /s/ Wm. R.Wilson,Jr.
                                              UNITED STATES DISTRICT JUDGE